JOHN H. MARKELL, Respondent, *v.* SAMUEL K. NESTER, Appellant.

*Markell* v. *Nester*, 29 App. Div. 55, appeal dismissed.

(Submitted November 21, 1898; decided November 29, 1898.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 18, 1898, affirming an order of the Special Term substituting attorneys and substituting the administratrix of the plaintiff in the place of the plaintiff.

The motion was made upon the ground that the order was not appealable.

*Hammond & Hammond* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs.